# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 17-1266　　　　　　　　　　　　　　September Term, 2018

FILED ON: MAY 24, 2019

JEFF BLAU, TAX MATTERS PARTNER OF RERI HOLDINGS I, LLC,
　　　APPELLANT

v.

COMMISSIONER OF INTERNAL REVENUE SERVICE,
　　　APPELLEE

On Appeal from the Decison
of the United States Tax Court

Before: ROGERS and MILLETT, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal of an order of the United States Tax Court and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the Tax Court is affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　　/s/

Ken Meadows
Deputy Clerk

Date: May 24, 2019

Opinion for the court filed by Senior Circuit Judge Ginsburg.